Keith A. BROWN, Plaintiff—Appellant,

v.

Rick DAY; et al., Defendants—
Appellees.

No. 01–36064.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 12, 2002 *.

Decided Aug. 16, 2002.

Before: SCHROEDER, Chief Judge,
TASHIMA and RAWLINSON, Circuit
Judges.

MEMORANDUM **

Keith A. Brown, a Montana state prisoner, appeals pro se the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Wyatt v. Terhune*, 280 F.3d 1238, 1244–45 (9th Cir.2002), and we vacate and remand.

In light of our recent decision in *Wyatt*, we vacate and remand for further proceedings because it is not clear on the face of the pleadings that Brown failed to exhaust administrative remedies. *See id.* at 1246 (holding that failure to exhaust is an affir-mative defense where the face of the complaint and exhibits thereto do not establish a failure to exhaust).

Because we vacate under *Wyatt*, we do not address appellant's other contentions.

All pending motions are denied as moot.

**VACATED and REMANDED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

